**DENY; and Opinion Filed March 20, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00364-CV**

**IN RE TERRENCE M. GORE, Relator**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF1212707**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Relator contends the trial judge erred in severing his divorce proceeding from his SAPCR and in granting temporary orders without proper notice. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130364F.P05